**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Civil Action Number: 15-cv-11085

ANCEL MONTENELLI,

    Plaintiff,

vs.

CHINATOWN MARKET, INC.,
d/b/a CHINATOWN MARKET,
and KWM GROUP, LLC,

    Defendants.

---

**STIPULATION OF DISMISSAL**

---

    IT IS HEREBY STIPULATED AND AGREED by and between the parties through their undersigned counsels that the Plaintiff dismisses the above-captioned action in its entirety and with prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii).

    Dated this 21st day of April, 2016.

1

*/s/ Scott R. Dinin*
Scott R. Dinin
SCOTT R. DININ, P.A.
332 S Michigan Ave.
Suite 1032 - D673
Chicago, Il 60604
Tel: (855) 346-4652
4200 NW 7TH Avenue
Miami, Florida 33127
Tel: (786) 431-1333
Email: inbox@dininlaw.com
*Counsel for the Plaintiff*

*//s// Joshua A. Redman*
Joshua A. Redman
Seiden Netzky Law Group, LLC
333 South Wabash Ave. Suite 2700
Chicago, Illinois 60604
Tel 312-263-3060
E-mail: jredman@snlgllc.com
*Counsel for Defendant Chinatown Market, Inc.*

*/s/ Thomas A. Christensen*
Thomas A. Christensen
Huck Bouma PC
1755 S. Naperville Road, #200
Tel 630-221-1755
E-mail: tchristensen@huckbouma.com
*Counsel for Defendant KWM Group, LLC*